UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A & E AUTO BODY, INC., et al.,

    Plaintiffs,

v.                                                     Case No: 6:14-md-2557-Orl-31TBS

21st CENTURY CENTENNIAL
INSURNACE CO., et al.,

    Defendants.
_____

Related Case No: 6:14-cv-6010-Orl-31TBS
6:14-cv-6012-Orl-31TBS
6:14-cv-6013-Orl-31TBS
6:14-cv-6015-Orl-31TBS
6:14-cv-6018-Orl-31TBS
6:14-cv-6019-Orl-31TBS
6:14-cv-6022-Orl-31TBS

### ORDER

Pending before the Court are Plaintiffs Motion for Extension of Time (Doc. 237), and the GEICO Defendants response in opposition to the motion (Doc. 243). The Court is not satisfied that Plaintiffs fulfilled their obligation under Local Rule 3.01(g) before filing the motion but, the GEICO Defendants have responded, which moots the issue.

Plaintiffs seek a 21 day enlargement of time to respond to the GEICO Defendants' motions for attorney's fees and other legal expenses. Although Plaintiffs' explanation why the extension is appropriate is not entirely clear, it appears they believe the GEICO Defendants made material misrepresentations in their fee motions. These alleged misrepresentations are the basis for a Rule 11 motion which Plaintiffs have served on the GEICO Defendants. Plaintiffs argue that the GEICO Defendants have 21 days from their receipt of the Rule 11 motion to decide whether they will withdraw the fee motions. See

Fed. R. Civ. P. 11(c)(2).   Plaintiffs maintain that until the 21 days has expired, and then only if the GEICO Defendants have not withdrawn their motions, should Plaintiffs be required to file a response.

The GEICO Defendants argue that there is no good cause to grant Plaintiffs an extension of time to respond to their fee motions and that their rights under Rule 11 are unrelated to Plaintiffs' obligation to respond to their attorney's fee motions.

If the Court's understanding is correct, then there is a clear nexus between the fee motions and the Rule 11 motion.   The Court also notes that the GEICO Defendants did not oppose a motion for extension of time filed by Leif's Auto Collision Centers, LLC, docket entry 179 in Case No. 6:14-cv-6014-Orl-31TBS.

Accordingly, after due consideration, Plaintiffs' motion is **GRANTED**.   Plaintiffs have through November 3, 2015 to respond to the GEICO Defendants' motions for attorney's fees and expenses.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record