# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

A & E AUTO BODY, INC., et al.,

    Plaintiffs,

v.

21ST CENTURY CENTENNIAL
INSURANCE COMPANY, et al.,

    Defendants.

Case No:  6:14-md-2557-Orl-31TBS
              6:14-cv-6008-Orl-31TBS
              6:14-cv-6009-Orl-31TBS
              6:14-cv-6011-Orl-31TBS
              6:14-cv-6016-Orl-31TBS
              6:14-cv-6020-Orl-31TBS

## ORDER

Of the 24 cases assigned to me for MDL proceedings, there are nine cases pending on appeal before the Eleventh Circuit Court of Appeals. The above referenced cases are still pending before me with outstanding motions to dismiss. Resolution of the cases on appeal will likely resolve the antitrust claims in these cases. In the interest of judicial efficiency, the Court will stay further proceedings in these five cases until the appeals are resolved. It is, therefore,

    **ORDERED** that proceedings in the above listed cases are **STAYED** pending further order of the Court. The Clerk is directed to enter a copy of this order in these tag-along cases and to administratively close the cases.

    **DONE and ORDERED** in Chambers, Orlando, Florida on December 22, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party